# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREENTHREAD, LLC,<br><br>               Plaintiff,<br>v.<br><br>ON SEMICONDUCTOR CORPORATION and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC d/b/a ON SEMICONDUCTOR LLC,<br><br>               Defendants. | C.A. No. 23-cv-443-RGA-LDH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 10, 2023, a copy of Plaintiff's Supplemental Identification of Accused Products and Asserted Patents was served on the following as indicated:

<u>Via E-Mail</u>
John G. Day
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendants*

<u>Via E-Mail</u>
Roger Fulghum
Mark Speegle
BAKER BOTTS
roger.fulghum@bakerbotts.com
mark.speegle@bakerbotts.com

*Attorneys for Defendants*

Dated: November 13, 2023

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com

mfarnan@farnanlaw.com

Alan Whitehurst (admitted *pro hac vice*)
Nicholas Matich (admitted *pro hac vice*)
Arvind Jairam (admitted *pro hac vice*)
MCKOOL SMITH, P.C.
1999 K Street, NW Suite 600
Washington, D.C. 20006
Telephone: (202) 370-8300
Telecopier: (202) 370-8344
awhitehurst@McKoolSmith.com
nmatich@McKoolSmith.com
ajairam@McKoolSmith.com

Samuel F. Baxter
Jennifer Truelove
MCKOOL SMITH, P.C.
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903-923-9000
Telecopier: 903-923-9099
sbaxter@mckoolsmith.com
jtruelove@mckoolsmith.com

John B. Campbell (admitted *pro hac vice*)
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8730
jcampbell@McKoolSmith.com

Neil Ozarkar (admitted *pro hac vice*)
Kaylee Hoffner (admitted *pro hac vice*)
MCKOOL SMITH, P.C.
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: 713-485-7300
Telecopier: 713-485-7344
nozarkar@mckoolsmith.com
khoffner@mckoolsmith.com

Emily B. Tate (admitted *pro hac vice*)
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001

2

Telephone: 212-402-9400
Telecopier: 212-402-9444
etate@mckoolsmith.com

*Attorneys for Plaintiff Greenthread, LLC*

3