# EXHIBIT 4

## ON Semiconductor Accused Products

The following list of Accused Products is exemplary, non-exhaustive, and non-limiting. Greenthread identifies the following list to illustrate each category or type of product that constitutes an ON Semiconductor Accused Product, and this listing is therefore exemplary, non-exhausting, and non-limiting. Greenthread further asserts claims against all product variations and part numbers of the ON Semiconductor Accused Products. All of the below product categories were identified by ON Semiconductor's website at https://www.onsemi.com/products

| | ON Semiconductor Accused Product Categories/Types |
|---|---|
| 1. | Discrete & Power Modules |
| 2. | Power Management |
| 3. | Signal Conditioning & Control |
| 4. | Sensors |
| 5. | Motor Control |
| 6. | Custom & ASSP |
| 7. | Interfaces |
| 8. | Wireless Connectivity |
| 9. | Timing, Logic & Memory |

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| U.S. Patent No. 10,510,842 | Accused Products<br><br>ON Semiconductor AR0820AT CMOS Image Sensor |
|---|---|
| **[Claim 1, Preamble]** A semiconductor device, comprising: | To the extent the preamble is a limitation, the ON Semiconductor Accused Products include a semiconductor device. This chart includes exemplary information regarding a representative example of the ON Semiconductor Accused Products, the ON Semiconductor AR0820AT, ½" Format, 8.3 MP, 2.1 micrometer Pixel Pitch, Stacked Back-illuminated CMOS Image Sensor with DR-Pix Technology ("AR0820AT"). The AR0820AT was analyzed in the below-referenced report from Tech Insights. The complete report is hereby incorporated by reference into each and every claim and claim element discussed. "ON Semiconductor  AR0820AT, ½" Format, 8.3 MP, 2.1 micrometer Pixel Pitch, Stacked Back-illuminated CMOS Image Sensor with DR-Pix Technology for Automotive Applications  Device Essentials Plus Summary," available at  https://library.techinsights.com/search/device-details?tab=reports&id=DEP-2004-801&genealogyCode=ONS-LI-AR0820-GMSL2_Front-Cam  ("AR0820AT Report"). Selected pages are reproduced herein to aid in understanding.<br><br><br><br>AR0820AT Report at Cover. |

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

The ON Semiconductor AR0820AT is representative of the ON Semiconductor Accused Products for purposes of this claim chart and the other infringement contention claim charts because upon information and belief, the other ON Semiconductor Accused Products would have similarly been advantageously designed to move carriers (e.g., towards the substrate) and achieve the performance enhancements described and claimed in the '842 patent (and the other asserted patents). For example, the other ON Semiconductor Accused Products would similarly have been designed with a dopant gradient in order to improve performance characteristics such as on and off switching times and other performance enhancements described in the Abstract of the '842 patent (and the other asserted patents). The claimed invention would have application in numerous types of ON Semiconductor products, including, but not limited to, amplifiers, audio processors, digital-to-analog converters, analog-to-digital converters, digital clocks, interface ICs, isolation ICS, microcontrollers and processors, digital signal processors, digital light processors, motor drivers, power management, switches & multiplexers, radio frequency and microwave ICs, wireless connectivity ICs, logic & voltage translation, sensors, and other ICs, because such products would benefit from, among other things, improved switching time for transistors in the device. Therefore, upon information and belief the other ON Semiconductor Accused Products contain similar features as the ON Semiconductor AR0820AT transistors depicted here, and function in a similar way with respect to the features claimed in the asserted claims, and the other ON Semiconductor Accused Products contain similar features as the ON Semiconductor AR0820AT, and function in a similar way with respect to the features claimed in the asserted claims.

This claim chart is based on publicly available information, and additional information regarding these and other accused products is expected to be obtained through discovery. The ON Semiconductor Accused Products, of which ON Semiconductor AR0820AT is one example, are semiconductor devices.

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

# Device Summary – CIS

| Manufacturer | ON Semiconductor |
|---|---|
| Foundry | TSMC |
| Part number | AR0820AT |
| Type | Stacked BI CIS |
| Active Si thickness | 2.9 µm |
| Die size, measured from the die edge | 9.76 mm × 6.53 mm (63.7 mm$^2$) |
| Die size, measured from the die seal | 9.70 mm × 6.47 mm (62.8 mm$^2$) |
| Process type | Stacked BI CMOS imager |
| Number of metal layers (CIS) | 4 Cu pixel interconnect + 1 Cu hybrid bond pad + back W shield/grid + back Al bond pad |
| Number of poly layers (CIS) | 1 |
| Contacted logic gate pitch (CIS) | – |
| Minimum metal pitch logic (CIS) | – |
| Minimum metal pitch pixel array (CIS) | 250 nm |
| Process generation (CIS) | 90 nm |
| Features measured to determine process generation | Minimum metal pitch |

6   All content © 2020. TechInsights Inc. All rights reserved



AR0820AT Report at 6.

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**



AR0820AT Report at 14.

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

# ISP Minimum Contacted Gate Pitch



**SRAM Contacted Gate Pitch**

- The minimum contacted gate pitch of 250 nm was observed in the 6T SRAM.

- The minimum contacted gate pitch observed in the logic region was 260 nm.

- The ISP is manufactured by TSMC using a 65 nm CMOS process generation

23   All content © 2020. TechInsights Inc. All rights reserved.

**Tech Insights**

AR0820AT Report at 23.

# CIS Active Si and Wells – SCM Pixel Array

- Pages 51 and 52 show SCM and sMIM-C cross section images, respectively, through N+ FD and N + S/D regions.
- The N + FD and region is 300 nm deep and the N + S/D is 140 nm deep.
- The P-well/isolation region is 0.68 µm deep.
- Note: The P-type region at the back of the active Si looks thicker than it is; this is likely due to the smearing of the P-type doping onto the HKD/AR and BPDM layers during the sample preparation.



N+ FD and N+ S/D Regions – SCM

AR0820AT Report at 51.

51   All content © 2020. TechInsights Inc. All rights reserved.

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**



AR0820AT Report at 52.

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| [Claim 1, Element 1] a substrate of a first doping type at a first doping level having first and second surfaces; | The ON Semiconductor Accused Products include/comprise a semiconductor device comprising a substrate of a first doping type at a first doping level having first and second surfaces. For example, analysis of an exemplary ON Semiconductor Accused Product (the ON Semiconductor AR0820AT discussed above) reveals the presence of such a substrate.<br><br>For example, the ON Semiconductor AR0820AT discussed above for Claim 1, Preamble, was imaged using scanning electron microscopy (SEM) scanning capacitance/microwave impedance microscopy (SCM/sMIM) analysis. The SCM image of the pixel array shows a silicon (Si) substrate having a first doping type (n-type) at a first doping level, the substrate having a first and second surface.<br><br><br><br>AR0820AT Report at 51. |

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| **[Claim 1, Element 2]** a first active region disposed adjacent the first surface of the substrate with a second doping type opposite in conductivity to the first doping type and within which transistors can be formed; | The ON Semiconductor Accused Products, and products incorporating them, include/comprise a semiconductor device comprising a first active region disposed adjacent the first surface of the substrate with a second doping type opposite in conductivity to the first doping type and within which transistors can be formed.  For example, as shown in imagery from the Tech Insights Report, the exemplary ON Semiconductor AR0820AT scanning capacitance/microwave impedance microscopy (SCM/sMIM) analysis includes a first active region disposed adjacent the first surface of the substrate. See below showing a transistor within "P-wells" where P-wells are formed adjacent the first surface of the substrate with a second doping type opposite in conductivity to the first doping type and within which transistors can be formed (*see*, for example, T2, T3, T5 labeled below in the SCM image where transistors is formed). Details regarding formation of transistors are in the possession of Defendants and are expected to be obtained through discovery. |
|---|---|



AR0820AT Report at 152.

Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)

# Pixel Cross Section Analysis – X-Direction

- sMIM-C cross section overview image through section line G (T2 and T3 XFER gates)
- The P-well/isolation region is 0.68 µm thick.
- The sMIM-C image shows that the upper and center regions of the photocathode have a higher doping concentration.



**T2 and T3 (XFER) Gates and Photocathode (Section Line G) – sMIM-C**

 All content © 2020. TechInsights Inc. All rights reserved.

AR0820AT Report at 153.

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| | |
|---|---|
| **[Claim 1, Element 3]** a second active region separate from the first active region disposed adjacent to the first active region and within which transistors can be formed; | The ON Semiconductor Accused Products include a semiconductor device comprising a second active region separate from the first active region disposed adjacent to the first active region and within which transistors can be formed.  For example, the images reproduced at Claim 1, Element 2 show an active region within which transistors can be formed.  Details regarding formation of transistors are in the possession of Defendants and are expected to be obtained through discovery. |
| **[Claim 1, Element 4]** transistors formed in at least one of the first active region or second active region; and | The ON Semiconductor Accused Products include a semiconductor device comprising transistors formed in at least one of the first active region or second active region.  *See* above images reproduced at Claim 1, Element 2, showing where the transistors are formed (T2, T3, T5). |
| **[Claim 1, Element 5]** at least a portion of at least one of the first and second active regions having at least one graded dopant concentration to aid carrier movement from the first surface to the second surface of the substrate. | The ON Semiconductor Accused Products meet this limitation. *See* images reproduced above at Claim 1, Element 2 showing the active regions of the transistors having graded dopants.  For example, this is shown by the scanning capacitance/microwave impedance microscopy (SCM/sMIM) analysis.  SCM/sMIM electrically characterizes the tested device and generates maps which provide graphical representation of the dopant types and concentrations by measuring carrier movement as they are attracted to or repulsed by the probe. The SCM/sMIM maps taken from ON Semiconductor Accused Products shown herein demonstrate differences in carrier concentration as a function of depth, which generate electric fields within the accused products. The contrast in the SMIM image is proportional to the capacitance of the sample under inspection, so that brighter green corresponds to higher dopant concentration, and darker green/black corresponds to lower dopant concentration. Likewise, the SCM images above show doping concentration and doping type as indicated in the legends to the right. |

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| | |
|---|---|
| 5. The semiconductor device of claim 1, wherein the first active region and second active region contain one of either p-channel and n-channel devices. | The ON Semiconductor Accused Products meet this limitation.  As shown above, the first and second active regions contains n-channel devices.  *See* Tech Insights Report images reproduced above at Claim 1, Element 1. |
| 6. The semiconductor device of claim 1, wherein the first active region and second active region contain either p-channel or n-channel devices in n-wells or p-wells, respectively, and each well has a graded dopant. | The ON Semiconductor Accused Products meet this limitation. As shown above, P-wells are used in this device, and the wells include graded dopants. The first and second active regions accordingly contain n-channel devices.  *See* Tech Insights Report images reproduced at Claim 1, Element 2. |
| 7. The semiconductor device of claim 1, wherein the first active region and second active region are | The ON Semiconductor Accused Products meet this limitation. The substrate of the ON Semiconductor Accused Products have isolation regions that separate the first and second active region, as shown in the SCM cross-section below (labeled "P-well/isolation"). |

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| | |
|---|---|
| each separated by at least one isolation region. | <br><br>AR0820AT Report at 152. |
| 8. The semiconductor device of claim 1, wherein the | Upon information and belief, the graded dopant is fabricated with an ion implantation process.  For example, ion implantation is the prevalent process for implementing doping in semiconductor devices, and is believed to be used for the ON Semiconductor Accused Products. Because it is well known in the art, ON Semiconductor Accused Products likely meet this limitation.  Information about the fabrication process for the ON Semiconductor Accused Products, including usage of an ion implantation process, is in the possession of Defendants and is expected to be obtained through discovery. |

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| | |
|---|---|
| graded dopant is fabricated with an ion implantation process. | |
| **[Claim 9, Preamble]** A semiconductor device, comprising: | To the extent the preamble is a limitation, the ON Semiconductor Accused Products include a semiconductor device.  *See* above at Claim 1, Preamble. |
| **[Claim 9, Element 1]** a substrate of a first doping type at a first doping level having first and second surfaces; | The ON Semiconductor Accused Products meet this limitation.  *See* above at Claim 1, Element 1. |
| **[Claim 9, Element 2]** a first active region disposed adjacent the first surface of the substrate with a second doping type opposite in conductivity to the first doping type and within which transistors can be formed in the surface thereof; | The ON Semiconductor Accused Products meet this limitation.  *See* above at Claim 1, Element 2. |

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| | |
|---|---|
| **[Claim 9, Element 3]** a second active region separate from the first active region disposed adjacent to the first active region and within which transistors can be formed in the surface thereof; | The ON Semiconductor Accused Products meet this limitation. *See* above at Claim 1, Element 3. |
| **[Claim 9, Element 4]** transistors formed in at least one of the first active region or second active region; and | The ON Semiconductor Accused Products meet this limitation. *See* above at Claim 1, Element 4. |
| **[Claim 9, Element 5]** at least a portion of at least one of the first and second active regions having at least one graded dopant concentration to aid carrier movement from the surface to the substrate. | The ON Semiconductor Accused Products meet this limitation. *See* above at Claim 1, Element 5. |

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| | |
|---|---|
| 13. The semiconductor device of claim 9, wherein the first active region and second active region contain at least one of either p-channel and n-channel devices. | The ON Semiconductor Accused Products meet this limitation.  *See* above at Claim 5. |
| 14. The semiconductor device of claim 9, wherein the first active region and second active region contain either p-channel or n-channel devices in n-wells or p-wells, respectively, and each well has a graded dopant. | The ON Semiconductor Accused Products meet this limitation.  *See* above at Claim 6. |
| 15. The semiconductor device of claim 9, wherein the first active region and second active | Upon information and belief, the ON Semiconductor Accused Products meet this limitation.  *See* above at Claim 7. |

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| | |
|---|---|
| region are each separated by at least one isolation region. | |
| 16. The semiconductor device of claim 9, wherein the graded dopant is fabricated with an ion implantation process. | Upon information and belief, the ON Semiconductor Accused Products meet this limitation.  *See* above at Claim 8. |
| 17. The semiconductor device of claim 1, wherein the first and second active regions are formed adjacent the first surface of the substrate. | The ON Semiconductor Accused Products meet this limitation.  *See* above at Claim 1, Elements 2-3. |
| 18. The semiconductor device of claim 1, wherein the transistors which can be formed in the first and second active regions are CMOS transistors requiring a | The ON Semiconductor Accused Products meet this limitation.  As discussed above for Claim 1, the ON Semiconductor Accused Products include first and second active regions. Upon information and belief, CMOS transistors formed in the first and second active regions, the CMOS transistors requiring a source, a drain, a gate, and a channel region. Details regarding transistors used are in the possession of Defendants and are expected to be obtained through discovery. |

**Exhibit A-1 to Greenthread's Complaint (U.S. Patent No. 10,510,842)**

| | |
|---|---|
| source, a drain, a gate and a channel region. | |

**Exhibit A-3 to Greenthread's Complaint**

| U.S. Patent No. 11,121,222 | Accused Products |
|---|---|
| **[Claim 39, Preamble]**  A semiconductor device, comprising: | To the extent the preamble is a limitation, the ON Semiconductor Accused Products include a semiconductor device.  The AR0820AT, ½" Format, 8.3 MP, 2.1 micrometer Pixel Pitch, Stacked Back-illuminated CMOS Image Sensor with DR-Pix Technology ("AR0820AT") discussed for claim 1 of Exhibit A-1 is a semiconductor device (*see* Exhibit A-1, Claim 1, Preamble).<br><br>This chart includes exemplary information regarding a representative example of the ON Semiconductor Accused Products, the ON Semiconductor AR0820AT. The ON Semiconductor AR0820AT is representative of the ON Semiconductor Accused Products for purposes of this claim chart and the other infringement contention claim charts because upon information and belief, the other ON Semiconductor Accused Products would have similarly been advantageously designed to move carriers and achieve the performance enhancements described and claimed in the '222 patent (and the other asserted patents). For example, the other ON Semiconductor Accused Products would similarly have been designed with a dopant gradient in order to improve performance characteristics such as on and off switching times and other performance enhancements described in the Abstract of the '222 patent (and the other asserted patents). The claimed invention would have application in numerous types of ON Semiconductor products, including, but not limited to, amplifiers, audio processors, digital-to-analog converters, analog-to-digital converters, digital clocks, interface ICs, isolation ICS, microcontrollers and processors, digital signal processors, digital light processors, motor drivers, power management, switches & multiplexers, radio frequency and microwave ICs, wireless connectivity ICs, logic & voltage translation, sensors, and other ICs, because such products would benefit from, among other things, improved switching time for transistors in the device. Therefore, upon information and belief the other ON Semiconductor Accused Products contain similar features as the ON Semiconductor AR0820AT transistors depicted here, and function in a similar way with respect to the features claimed in the asserted claims, and the other ON Semiconductor Accused Products contain similar features as the ON Semiconductor AR0820AT, and function in a similar way with respect to the features claimed in the asserted claims.<br><br>This claim chart is based on publicly available information, and additional information regarding these and other accused products is expected to be obtained through discovery. |
| **[Claim 39, Element 1]** a substrate of a first doping type at a first doping level; | The ON Semiconductor Accused Products meet this limitation.  *See* Exhibit A-1, Claim 1, Element 1. |
| **[Claim 39, Element 2]** a first active region disposed adjacent to a surface of the substrate with a second doping type opposite in conductivity to the first doping type and within which transistors can be formed; | The ON Semiconductor Accused Products meet this limitation.  *See* Exhibit A-1, Claim 1, Element 2. |
| **[Claim 39, Element 3]** a second active region separate from the first active region disposed adjacent to the first active region and within which transistors can be formed; | The ON Semiconductor Accused Products meet this limitation.  *See* Exhibit A-1, Claim 1, Element 3. |

**Exhibit A-3 to Greenthread's Complaint**

| U.S. Patent No. 11,121,222 | Accused Products |
|---|---|
| **[Claim 39, Element 4]** transistors formed in at least one of the first active region or second active region; and | The ON Semiconductor Accused Products meet this limitation. *See* Exhibit A-1, Claim 1, Element 4. |
| **[Claim 39, Element 5]** at least a portion of at least one of the first and second active regions having at least one graded dopant concentration to aid carrier movement from the first or second active region to at least one substrate area where there is no active region. | The ON Semiconductor Accused Products meet this limitation. *See* Exhibit A-1, Claim 1, Element 5. *See also* SCM/sMIM analysis reproduced at Exhibit A-1, Claim 1, Element 5 electrically characterizing the accused product and showing carrier movement and electric fields. SCM/sMIM analysis generally is discussed at Exhibit A-1, Claim 1, Element 5. |
| **[Claim 41, Preamble]** A semiconductor device, comprising: | To the extent the preamble is a limitation, the ON Semiconductor Accused Products include a semiconductor device. *See* above at Claim 39, Preamble. |
| **[Claim 41, Element 1]** a substrate of a first doping type at a first doping level; | The ON Semiconductor Accused Products meet this limitation. *See* Exhibit A-1, Claim 1, Element 1. |
| **[Claim 41, Element 2]** a first active region disposed adjacent to a surface of the substrate with a second doping type opposite in conductivity to the first doping type and within which transistors can be formed; | The ON Semiconductor Accused Products meet this limitation. *See* above at Claim 39, Element 2. |
| **[Claim 41, Element 3]** a second active region separate from the first active region disposed adjacent to the first active region and within which transistors can be formed; | The ON Semiconductor Accused Products meet this limitation. *See* above at Claim 39, Element 3. |
| **[Claim 41, Element 4]** transistors formed in at least one | The ON Semiconductor Accused Products meet this limitation. *See* Exhibit A-1, Claim 1, Element 4. |

**Exhibit A-3 to Greenthread's Complaint**

| U.S. Patent No. 11,121,222 | Accused Products |
|---|---|
| of the first active region or second active region; and | |
| **[Claim 41, Element 5]** at least a portion of at least one of the first and second active regions having at least one graded dopant acceptor concentration to aid carrier movement from the first or second active region to at least one substrate area where there is no active region. | The ON Semiconductor Accused Products meet this limitation.  *See* SCM/sMIM analysis reproduced at Exhibit A-1, Claim 1, Element 5 electrically characterizing the accused product and showing carrier movement and electric fields.  SCM/sMIM analysis generally is discussed at Exhibit A-1, Claim 1, Element 5. |
| **[Claim 42, Preamble]** A semiconductor device, comprising: | To the extent the preamble is a limitation, the ON Semiconductor Accused Products include a semiconductor device.  *See* above at Claim 39, Preamble. |
| **[Claim 42, Element 1]** a substrate of a first doping type at a first doping level; | The ON Semiconductor Accused Products meet this limitation.  *See* Exhibit A-1, Claim 1, Element 1. |
| **[Claim 42, Element 2]**  a first active region disposed adjacent to a surface of the substrate with a second doping type opposite in conductivity to the first doping type and within which transistors can be formed; | The ON Semiconductor Accused Products meet this limitation.  *See* above at Claim 39, Element 2. |
| **[Claim 42, Element 3]**  a second active region separate from the first active region disposed adjacent to the first active region and within which transistors can be formed; | The ON Semiconductor Accused Products meet this limitation.  *See* above at Claim 39, Element 3. |
| **[Claim 42, Element 4]** transistors formed in at least one of the first active region or second active region; and | The ON Semiconductor Accused Products meet this limitation.  *See* Exhibit A-1, Claim 1, Element 4. |

**Exhibit A-3 to Greenthread's Complaint**

| U.S. Patent No. 11,121,222 | Accused Products |
|---|---|
| **[Claim 42, Element 5]** at least a portion of at least one of the first and second active regions having at least one graded donor dopant concentration to aid carrier movement from the first or second active region to at least one substrate area where there is no active region. | The ON Semiconductor Accused Products meet this limitation.  SCM/sMIM analysis (*see* Exhibit A-1, Claim 1, Element 5) reveals at least one graded dopant acceptor concentration (e.g., concentration in n-well) as claimed.  *See also* SCM/sMIM analysis reproduced at Exhibit A-1, Claim 1, Element 5 electrically characterizing the accused product and showing carrier movement and electric fields.  SCM/sMIM analysis generally is discussed at Exhibit A-1, Claim 1, Element 5. |

Page 4



techinsights.com

# ON Semiconductor
# AR0820AT, 1/2" Format, 8.3 MP,
# 2.1 µm Pixel Pitch, Stacked Back-Illuminated
# CMOS Image Sensor with DR-Pix™ Technology
# for Automotive Applications

**Device Essentials Plus Summary**

All copyright, proprietary and intellectual property rights related to this report reside with TechInsights, except as, and only to the extent, expressly agreed otherwise in writing.

The report is provided under license, exclusively for the use of the organization to which TechInsights has delivered the report and may only be used in accordance with the terms of the license set out in the agreement between TechInsights and that organization, or with the other express, prior, written consent of TechInsights.

If distribution of the report is permitted, TechInsights accreditation, including watermarks must remain attached.

The information contained in this report may describe technical innovations, which are the subject of patents held by third parties. The disclosure by TechInsights of any such information is in no form whatsoever an inducement to infringe any patent. TechInsights assumes no liability for patent infringement arising from the use of the information contained in this report.

DEP-2004-801

105521OOWM

Published: August 4, 2020



 All content © 2020. TechInsights Inc. All rights reserved.

# DEP Content

- This is a Device Essentials Plus (DEP) summary document, provided as a companion deliverable for a Device Essentials Plus project. The DEP deliverable builds on the content generated in a Device Essentials (DEF) project.

- The DEF deliverable includes an analysis summary document and a pixel schematic, and is supported by unannotated image folders including:
    - Downstream product teardown images, package photographs and X-rays, die photograph, non-invasive optical photographs of die features, scanning electron microscopy (SEM) bevel images of the pixel array showing the metal, transistor, and diffusion levels, and exploratory cross-sectional SEM images of the general pixel array and peripheral structures

- The purpose of the DEP is to extend coverage of chip analysis beyond the SEM-based imaging used for DEF projects, and to expand the analyst commentary. A DEP contains interpreted results from transmission electron microscopy (TEM), TEM-based energy dispersive X-ray spectroscopy (TEM-EDS), TEM-based electron energy loss spectroscopy (TEM-EELS), secondary ion mass spectroscopy (SIMS) and scanning capacitance microscopy (SCM) analyses (the DEP scope is target device dependent).

- This DEP report includes a summary of salient features of the device and is supported with the following image folders:
    - TEM images of pre-metal dielectrics (PMD), deep trench isolation (DTI), back layers, microlenses, and microlens coating
    - TEM-EDS spectra of dielectrics, metals, DTI, back dielectrics, color filters, microlenses, and microlens coating
    - Scanning microwave impedance microscopy (SMIM) of the pixel photocathode (along horizontal and vertical cross section planes) and periphery
    - SIMS analysis of the CMOS image sensor (CIS) die pixel array and periphery

All content © 2020. TechInsights Inc. All rights reserved.



# Overview

- The ON Semiconductor AR0820AT is a color, 8.3 MP, stacked, back-illuminated (BI) CIS, with on-sensor 140 dB high dynamic range (HDR) capability, for use in automotive applications [1].

- The AR0820AT is a 2.1 µm pixel size CIS fabricated using stacked-die architecture and a red/clear/clear/blue (RCCB) pattern color filter array (CFA). Other CFA options such as RGB and RCCC are also available [1].

- The HDR is achieved using DR-Pix™ technology. A capacitor connected to the floating diffusion (FD) node enables dual conversion gain (DCG), providing good image quality in high and low light conditions.

- The AR0820AT also offers 2 x 2 in-pixel binning mode and color binning mode [1].

- The AR0820AT CIS die is stacked on the image signal processor (ISP) die and uses hybrid bonding (direct bond interconnect (DBI)) to electrically connect the CIS die to the ISP die.

- The AR0820AT CIS die uses a composite material grid (CMG) pixel aperture/light shield comprising an oxide layer over the tungsten (W) grid to increase the thickness of the grid.

Note: In this report, the descriptions "horizontal" and vertical are used to mean a direction parallel to row select lines and to column out lines, respectively.

All content © 2020. TechInsights Inc. All rights reserved.



# Device Summary

All content © 2020. TechInsights Inc. All rights reserved.



# Device Summary – CIS

| | |
|---|---|
| **Manufacturer** | ON Semiconductor |
| **Foundry** | TSMC |
| **Part number** | AR0820AT |
| **Type** | Stacked BI CIS |
| **Active Si thickness** | 2.9 µm |
| **Die size, measured from the die edge** | 9.76 mm × 6.53 mm (63.7 mm$^2$) |
| **Die size, measured from the die seal** | 9.70 mm × 6.47 mm (62.8 mm$^2$) |
| **Process type** | Stacked BI CMOS imager |
| **Number of metal layers (CIS)** | 4 Cu pixel interconnect + 1 Cu hybrid bond pad + back W shield/grid + back Al bond pad |
| **Number of poly layers (CIS)** | 1 |
| **Contacted logic gate pitch (CIS)** | – |
| **Minimum metal pitch logic (CIS)** | – |
| **Minimum metal pitch pixel array (CIS)** | 250 nm |
| **Process generation (CIS)** | 90 nm |
| **Features measured to determine process generation** | Minimum metal pitch |

All content © 2020. TechInsights Inc. All rights reserved.



# Device Summary – ISP

| Foundry | TSMC |
|---|---|
| **Number, type of metals** | 5 Cu + 1 Cu hybrid bond pad |
| **Number of poly layers** | 1 |
| **Contacted logic gate pitch** | 260 nm |
| **Minimum metal pitch logic** | 200 nm |
| **Process generation** | 65 nm |
| **Features measured to determine process generation** | Logic contacted gate pitch and minimum metal pitch |



All content © 2020. TechInsights Inc. All rights reserved.

# Salient Features

**General ISP**

- Manufactured by TSMC in a 65 nm CMOS process
- The logic gate length is 68 nm
  - Contacted gate pitch of 260 nm
  - 92 nm thick polysilicon gate
  - Polysilicon gate and source/drain (S/D) regions use nickel platinum (NiPt) silicide
  - The gate dielectric comprises a 2.8 nm nitrided oxide
- Minimum metal pitch of 200 nm
- Five Cu interconnect layers, plus one Cu hybrid bond metal

All content © 2020. TechInsights Inc. All rights reserved.



# Salient Features

**General CIS**

- Manufactured by TSMC in a 90 nm CMOS imager process
- 2.1 µm pixel pitch with gapless on-chip microlens array with silicon oxide (SiO) coating
  - Microlens radius of curvature is 1.8 µm
  - RCCB patterned CFA
  - CMG structure with embedded (buried) CFA
- 2.9 µm thick active Si
- 1.9 µm thick optical stack
- The periphery region uses four Cu metal interconnect layers, non-silicided contacts, one Cu DBI layer, one back CMG/shield, and shallow trench isolation (STI).
- The periphery PMD comprises seven layers, including oxide (SiO), nitride (SiN), phosphosilicate glass (PSG/SiOP), and carbon-doped oxide (SiOC) layers.
- The pixel array uses four Cu metal interconnect layers, one back CMG, non-silicided transistors, partial back DTI (B-DTI) for pixel isolation, and STI for transistor isolation
  - Metal 1 through metal 4 are Cu damascene with tantalum (Ta) based liners
- The active pixel array and shielded pixel array PMD comprises nine layers, including oxide (SiO), nitride (SiN), SiOP, and SiOC layers, and two more layers than the periphery, an oxide pad 2, and contact etch stop layer (CESL) 2 SiN.
- Interlayer dielectric (ILD) 1 and ILD 2 have a similar structures, comprising SiCN, oxide, and SiOC layers. ILD 3 comprises SiCN, oxide, and nitride.
- The passivation comprises nitride and oxide layers.

All content © 2020. TechInsights Inc. All rights reserved.



# Salient Features

**General CIS**

- Active hybrid bonding (DBI) arrays are used along the bottom and right of the pixel array.
    - Cu-Cu hybrid bonding is made between CIS metal 5 and ISP metal 6. The DBI has a circular shape with a diameter of 1.8 µm.
    - An active column out hybrid bonding array is used along the bottom of the die. The column DBI array comprises 18 rows and has a horizontal and vertical DBI pitch of 4.2 µm.
    - An active row select hybrid bonding array is used along the right side of the pixel array. The row DBI arrays likely comprise 28 columns and have a DBI pitch of 4.2 µm in the horizontal direction (vertical DBI pitch direction not analyzed).
- No dummy DBIs were observed.
- The oxide bonding is made between the CIS wafer bonding layer (WBL) 1 SiON and the ISP WBL 1 SiON. The SiON layers are plasma treated, increasing the number of OH groups at their surfaces. After the wafers are bonded together, during the post wafer bonding anneal, the OH bonds break, forming SiO bonds, and consequently a 4.2 nm thick interface bonding layer (IBL) oxide is created [2].

All content © 2020. TechInsights Inc. All rights reserved.



# Salient Features

**Pixel Array**

- Four-shared pixel architecture (2×2 pixel configuration), with seven transistors per four pixels and a capacitor, yielding 1.75 transistors (1.75T) effective per pixel
- Single gate dielectric process
  - T1 to T4 transfer (XFER), T5 reset (RST), T6 source follower (SF) and T7 row select (ROW) transistor gate dielectrics are 5.9 nm thick nitrided oxide
- Non-silicided pixel transistors
- $N^+$ floating diffusion (FD) is 0.30 µm thick
- $N^+$ S/D regions are 0.14 µm thick
- N-type photocathode is 2.7 µm thick
- P-pinning layer is approximately 0.12 nm thick
- Shielded (optical black) pixels are used at the bottom and right of the pixel array
  - Shielded pixels are separated from the active pixel array by an intermediary periphery region
  - 40 rows of shielded pixels at the bottom
  - 119 rows of shielded pixels at the right
- Edge pixels are shifted toward the array center
  - At the left, the grid and CF are shifted by 130 nm and the on-chip lenses (OCLs) are shifted by 260 nm. The center of the OCL is approximately 8° off-center of the pixel.
  - At the right, the grid and CF are shifted by 110 nm and the OCLs are shifted by 240 nm. The center of the OCL is approximately 7° off-center of the pixel.

 All content © 2020. TechInsights Inc. All rights reserved.



# Salient Features

**Pixel Array**

- Edge pixels are shifted toward the array center
    - At the top, the grid and CF are shifted by 58 nm and the OCLs are shifted by 120 nm µm; the center of the OCL is approximately 4° off-center of the pixel.
    - At the bottom, the grid and CF are shifted by 74 nm and the OCLs are shifted by 170 nm; the center of the OCL is approximately 6° off-center of the pixel.
- The back side high-k dielectrics (HKD)/antireflective (AR) layers used for surface passivation comprise three layers: a 4.7 nm thick aluminum oxide (AlO), a 4.3 nm thick hafnium oxide (HfO), and a 47 nm thick tantalum oxide (TaO).
- The CMG/light shield is 590 nm thick and comprises a 160 nm thick W layer with a 28 nm thick titanium nitride (TiN) barrier, and a 400 nm thick grid extension oxide.
- Partial depth B-DTI trenches are used for pixel-to-pixel isolation in the active pixel array and shielded pixel array.
    - The depth of the B-DTI trench varies from 1.6 µm at the grid edge intersection to 1.8 µm at the grid vertices (crossing points).
    - The B-DTI average width is about 0.18 µm, yielding an aspect ratio of 8.9 (1.6 µm/0.18 µm).
    - The B-DTI trench is lined with the HKD/AR layers (AlO/HfO/TaO) and filled with oxide.
    - At the center of the B-DTI, a void is formed as the oxide fill layer, as it pinches near the mouth during deposition.

All content © 2020. TechInsights Inc. All rights reserved.



# Sample Locations

All content © 2020. TechInsights Inc. All rights reserved.



# Sample Locations – SEM, SCM, and TEM Analyses



LI-AR0820-GMSL2_060H_Front-Cam_AR0820_2018_CIS_371697_Oriented_ann.png

14   All content © 2020. TechInsights Inc. All rights reserved.



# Sample Locations – SIMS Analyses



SIMS_Analysis_Sample_1.png

**Locations of SIMS Craters Periphery**



SIMS_Analysis_Sample_2.png

**Locations of SIMS Craters Pixel Array**



 All content © 2020. TechInsights Inc. All rights reserved.

# Camera Module and CIS Die

All content © 2020. TechInsights Inc. All rights reserved.



# Package Photographs

- 95-pin imaging ball grid array (iBGA) package
- Package size: 11.0 mm × 8.0 mm × 1.3 mm thick



LI-AR0820_-GMSL2-060H_Front-Cam_Pkg_Top_370468.png

**Top**



LI-AR0820_-GMSL2-060H_Front-Cam_Pkg_Bot_370468.png

**Bottom**

All content © 2020. TechInsights Inc. All rights reserved.



# Package X-Ray



LI-AR0820-GMSL2-060H_Front-Cam_Xray_Top_370465.png

All content © 2020. TechInsights Inc. All rights reserved.



# Annotated CIS Die Photograph



LI-AR0820-GMSL2_Front-Cam_AR0820_CIS_357602_Oriented.png

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Die Markings



LI-AR0820-GMSL2_060H_Front-Cam_AR0820_2018_CIS_371697_DieMrk.png

All content © 2020. TechInsights Inc. All rights reserved.



# ISP General Structure

 All content © 2020. TechInsights Inc. All rights reserved.



# ISP General Structure

- SEM cross section images of ISP general structure
- The ISP is fabricated using five Cu metal interconnect layers and one Cu (metal 6) for hybrid bonding (DBI)



816_ISP+CIS_General_Structure_9K_371688.png

**ISP/CIS Stack General Structure**



619_ISP_General_Structure_Memory_25K_370466.png

**ISP General Structure**



All content © 2020. TechInsights Inc. All rights reserved.

# ISP Minimum Contacted Gate Pitch



620_ISP_Memory_240nm_Ctc-Gate_Pitch_100K_370466.png

**SRAM Contacted Gate Pitch**

- The minimum contacted gate pitch of 250 nm was observed in the 6T SRAM.

- The minimum contacted gate pitch observed in the logic region was 260 nm.

- The ISP is manufactured by TSMC using a 65 nm CMOS process generation

All content © 2020. TechInsights Inc. All rights reserved.



# ISP Logic Transistor

- TEM cross section images of the logic transistors
- The logic transistor CGP is 260 nm.
- The S/D regions have a 24 nm NiPt silicide.



transistors_17.5kx_370537.png

**ISP Logic Transistor Overview**



transistors_39kx_1_370537.png

**ISP Logic Transistor Detail**

All content © 2020. TechInsights Inc. All rights reserved.



# ISP Logic Transistor Detail

▪ TEM cross section detail images of the logic transistors and gate dielectric

▪ The length of the logic transistor is 68 nm. The gate comprises a 66 nm thick polysilicon and a 26 nm thick NiPt silicide.

▪ The gate dielectric comprises a 2.8 nm nitrided oxide.



transistors_88kx_370537.png

**ISP Logic Transistor Detail**



transistor_Gox_710kx_1_366109.png

**ISP Logic Transistor Gate Dielectric**

All content © 2020. TechInsights Inc. All rights reserved.



# ISP Logic Transistor Gate Dielectric



GOX_15.25.48 Edge Profiles_370537T5_Gox_18.28.39 Edge Profiles_364918.png

**ISP Logic Transistor Gate Dielectric – TEM-EELS**

- TEM-EELS scan spectra of the ISP logic transistor gate dielectric
- The gate dielectric is a nitrided oxide.



 All content © 2020. TechInsights Inc. All rights reserved.

# ISP PMD

- The PMD comprises a CESL nitride, and a 370 nm thick PMD stack of SiOP PMD 1 and PMD 2, a SiOC PMD 3, a SiO PMD 4, and a SiOC PMD 5 layers.



610_ISP_PMD_120K_370466.png

**ISP PMD – SEM**



PMD_17.5kx_370537.png

**ISP Logic Transistor Gate Dielectric**

 All content © 2020. TechInsights Inc. All rights reserved.



# ISP PMD and Metal 1

- The CESL nitride is 25 nm thick, PMD 3 is a 33 nm thick SiOC, PMD 4 is a 12 nm thick SiO, and PMD 5 is a 110 nm thick SiOC.
- Metal 1 is a 200 nm thick single damascene Cu with a Ta-based liner.
- The metal 1 Ta-based liner thickness on the sidewall varies from 7.8 nm to 11 nm, and on the bottom it is 15 nm.



transistors_88kx_1_370537.png

**CESL – SEM**



M1_64kx_370537.png

**Top PMD Layers and Metal 1 – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# ISP Minimum Metal Pitch and ILD 1

- The minimum metal pitch observed is 200 nm.
- ILD 1 comprises a 56 nm thick ILD 1-1 SiCN, a 32 nm thick ILD 1-2 oxide, and a 250 nm thick ILD 1-3 SiOC.
- Metal 2 is 230 nm thick dual damascene Cu with Ta-based liner
- The metal 2 Ta-based liner thickness on the sidewall varies from 12 nm to 20 nm, and on the bottom it is 15 nm.



617_ISP_200nm_M1_Pitch_120K_370466

**Minimum Metal Pitch – SEM**



ILD1_35kx_370537.png

**ILD 1 – TEM**



 All content © 2020. TechInsights Inc. All rights reserved.

# ISP ILD and Metal Layers

- The ILD 2, ILD 3, and ILD 4 layers were not analyzed.
- ILD 2 and ILD 3 are 340 nm and 330 nm thick, respectively, with likely the same composition as ILD 1.
- ILD 4 is 1.4 µm thick.



607_ISP_ILD1_ILD2_ILD3_80K_370466.png

**ILD 2 and ILD 3 – SEM**



608_ISP_ILD4_60K_370466.png

**ILD 4 – SEM**

All content © 2020. TechInsights Inc. All rights reserved.



# ISP Passivation



609_ISP_Passivation_120K_370466.png

**Passivation – SEM**

- The passivation comprises a 73 nm thick nitride and a 390 nm thick oxide.

All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure – Periphery

▪ SEM cross section images showing the CIS general structure in the periphery region



423_CIS_Periphery_Shield_Layer_Substrate_Contact_4K_370466.png

**Shield Contact to Active Si**



427_CIS+ISP_Periphery_DBI_Array_Edge_7K_370466.png

**Column Out Active DBI**

   All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure – Periphery

- SEM cross section images showing the CIS general structure in the periphery region
- The periphery region is covered with an organic shield layer containing carbon (C), silicon (Si), oxygen (O), and sulfur (S).
- The light shield transitions to a grid in the peripheral region; usually, this happens at the start of the active pixels.



429_CIS+ISP_Periphery_DBI_Array_Middle_7K_370466.png

**Column Out Active DBI**



445_CIS_Periphery_Grid_Start_8K_370466.png

**Start of the Grid**

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure – Transition from Periphery to Active Pixels

- SEM cross section overview and detail images showing the transition from periphery to active pixels at the left of the pixel array
- There are no shielded pixels at the left of the pixel array.
- The periphery has a wide region with the grid before the light shield starts.



442_CIS_Periphery_PixelArray_Transition_2p5K_370466.png

**Transition from Periphery to Active Pixels – Left**



443_CIS_Periphery_PixelArray_Transition_6K_370466.png

**Transition from Periphery to Active Pixels – Left**

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure – Transition from Periphery to Active Pixels

- SEM cross section images showing the transition from the active pixel array to periphery at the right of the pixel array
- At the right of the pixel array, the active pixels transition to an intermediary periphery region.



438_CIS_Periphery_PixelArray_Transition_6K_370466.png

**Transition from Active Pixels to Periphery – Right**



437_CIS_Periphery_PixelArray_Transition_2p5K_370466.png

**Transition from Active Pixels to Periphery – Right**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure – Shielded Pixels

- SEM cross section images showing the transition from the intermediary periphery to shielded pixels at the right side
- The shielded pixel region at the right is 251 µm long, which is equivalent to 119 pixel columns.



436_CIS_Periphery_Shielded_Test_Pixels_10K_370466

**Intermediary Periphery to Shielded Pixels
Transition – Right**



434_CIS_Periphery_Shielded_Test_Pixels_400x_370466.png

**Shielded Pixels – Right**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure – Transition from Shielded Pixels to Periphery



435_CIS_Periphery_Shielded_Test_Pixels_10K_370466.png

**Shielded Pixels to Periphery Transition – Right**

▪ SEM image showing the transition from shielded pixels to periphery at the right side

All content © 2020. TechInsights Inc. All rights reserved.



## CIS General Structure – Transition from Periphery to Shielded Pixels

- SEM cross section images showing the transition from periphery to shielded pixels at the bottom of the pixel array
- The shielded pixel region at the bottom is 84 µm long, which is equivalent to 40 pixel rows.



772_CIS_Periphery_Test_Pixels_8K_371688.png

**Transition from Periphery to Shielded Pixels – Bottom**



771_CIS_Periphery_Test_Pixels_1K_371688.png

**Shielded Pixels – Bottom**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure – Intermediary Periphery Region

- SEM cross section images showing the transition from the shielded pixels to intermediary periphery at the bottom of the pixel array
- The intermediary periphery region between shielded pixels and active pixels is 140 μm long.



773_CIS_Periphery_Test_Pixels_8K_371688.png

**Transition from Shielded Pixels to Intermediary Periphery – Bottom**



774_CIS_Periphery_Test_Pixels_PixelArray_Transition_800x_371688.png

**Intermediary Periphery – Bottom**

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure – Transition from Intermediary Periphery to Active Pixels

- SEM cross section overview and detail images showing the transition from the intermediary periphery to active pixels at the bottom



777_CIS_Periphery_PixelArray_Transition_4K_371688.png

**Intermediary Periphery to Active Pixels Transition Overview – Bottom**



778_CIS_Periphery_PixelArray_Transition_10K_371688.png

**Intermediary Periphery to Active Pixels Transition Detail – Bottom**

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure – Transition from Periphery to Active Pixels

- SEM cross section overview and detail images showing the transition from the active pixel array to periphery at the top of the pixel array



735_CIS_Periphery_PixelArray_Transition_10K_371688.png

**Active Pixels to Periphery Transition Detail – Top**



733_CIS_Periphery_PixelArray_Transition_2K_371688.png

**Active Pixels to Periphery Transition Overview – Top**



All content © 2020. TechInsights Inc. All rights reserved.

# CIS General Structure – Pixel Array

- SEM cross section overview images of the active pixels in the X- and Y-directions
- The CIS active Si is 2.9 µm thick and the optical stack is 1.9 µm thick. The 2017 version has a 2.2 µm thick optical stack.



471_CIS_PixelArray_Center+15K_370466.png

**Active Pixels Overview – Y-Direction**



471_CIS_PixelArray_Center+15K_370466.png

**Active Pixels Overview – X-Direction**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS General Structure – Edge Pixels Shift

▪ The edge pixels, OCL, CF, and grid are gradually shifted toward the array center.

– At the left, the grid and CF are shifted by 130 nm and the OCLs are shifted by 260 nm. The center of the OCL is approximately 8° off-center of the pixel.

– At the right, the grid and CF are shifted by 110 nm and the OCLs are shifted by 240 nm. The center of the OCL is approximately 7° off-center of the pixel.



441_CIS_PixelArray_Edge_uLens_Shift_15K_370466.png

**Edge Microlens, Color Filters, and Grid Shift – Left**



439_CIS_PixelArray_Edge_uLens_Shift_15K_370466.png

**Edge Microlens, Color Filters, and Grid Shift – Right**

44   All content © 2020. TechInsights Inc. All rights reserved.

# CIS General Structure – Edge Pixels Shift

▪ The edge pixels, OCL, CF, and grid are gradually shifted toward the array center.

 – At the bottom, the grid and CF are shifted by 74 nm and the OCLs are shifted by 170 nm; the center of the OCL is approximately 6° off-center of the pixel.

 – At the top, the grid and CF are shifted by 58 nm and the OCLs are shifted by 120 nm μm; the center of the OCL is approximately 4° off-center of the pixel.



738_CIS_PixelArray_Edge_uLens_Shift_20K_371688.png

**Edge Microlens, Color Filters, and Grid Shift – Bottom**



736_CIS_PixelArray_Edge_uLens_Shift_20K_371688.png

**Edge Microlens, Color Filters, and Grid Shift – Top**

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Die Active Si and Wells

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Active Si and Wells – Vertical Dimensions

| Feature | Dimension (µm) |
|---|:---:|
| CIS active Si thickness | 2.9[a] |
| N-photocathode thickness | 2.4[b] |
| P-pinning | 0.12[b] |
| Pixel array transistors N$^+$ S/D depth | 0.14[b] |
| Pixel array floating diffusion N$^+$ depth | 0.30[b] |
| Pixel array P-well | 0.68[b] |
| Peripheral deep N-well depth | 2.4[b] |

Note: The thickness/depth measurements are based on the following:
[a] SEM cross section
[b] SCM cross section

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Active Si and Wells – Doping Levels

| Feature | Doping ($cm^{-3}$) |
|---|---|
| N-type photocathode (75As) (upper region) | $1.2 \times 10^{18}$ |
| N-type photocathode (75As) (lower region) | $1 \times 10^{15}$ - $6 \times 10^{16}$ |
| P-pinning (11B) | $1 \times 10^{22}$ |
| Pixel array $N^+$ S/D, $N^+$ FD (31P) | $2 \times 10^{21}$ |
| Pixel array P-well, P-type pixel isolation (11B) | $4 \times 10^{16}$ - $1 \times 10^{22}$ |
| Pixel array $V_{SS}$ contact (11B) | $1 \times 10^{22}$ |
| Pixel array active Si (11B) | $1 \times 10^{16}$ |
| Pixel array P-type B-DTI passivation (10B/11B) | $1 \times 10^{15}$ - $4 \times 10^{16}$ |
| Periphery active Si (11B) | $2 \times 10^{16}$ |
| Periphery N-well | – |

Notes: Doping concentrations are based on SIMS analysis and are not corrected for the corresponding areas of the pixel array features. The P-well and N-well in the periphery were not present in the SIMS analysis location.

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Active Si and Wells – SCM Pixel Array

- Pages 49 and 50 show SCM and sMIM-C cross section images through the pixel center in the X-direction.

- The N-type cathode is 2.4 µm thick and 1.0-1.6 µm wide. The upper region of the photocathode has a higher doping concentration.

- The P-pinning layer is 0.12 µm deep, and the P-well/isolation regions are 0.68 µm deep.

- Note: The P-type region at the back of the active Si looks thicker than it is; this is likely due to the smearing of the P-type doping onto the HKD/AR and BPDM layers during the sample preparation.



0720200854_PRODUCT_FRW_10.0u_512p_371688.png

**Photocathode, P-Pinning and P-Well – SCM**

All content © 2020. TechInsights Inc. All rights reserved.

# CIS Active Si and Wells – SCM Pixel Array



0720200854_SMIMC_FRW_10.0u_512p_371688.png

**Photocathode, P-Pinning and P-Well – sMIM-C**



 All content © 2020. TechInsights Inc. All rights reserved.

# CIS Active Si and Wells – SCM Pixel Array

- Pages 51 and 52 show SCM and sMIM-C cross section images, respectively, through $N^+$ FD and $N^+$ S/D regions.
- The $N^+$ FD and region is 300 nm deep and the $N^+$ S/D is 140 nm deep.
- The P-well/isolation region is 0.68 µm deep.
- Note: The P-type region at the back of the active Si looks thicker than it is; this is likely due to the smearing of the P-type doping onto the HKD/AR and BPDM layers during the sample preparation.




0711201032_PRODUCT_FRW_10.0u_512p_370466.png

**$N^+$ FD and $N^+$ S/D Regions – SCM**




All content © 2020. TechInsights Inc. All rights reserved.



# CIS Active Si and Wells – SCM Pixel Array



0711201032_SMIMC_FRW_10.0u_512p_370466.png

**N+ FD and N+ S/D Regions – sMIM-C**



 All content © 2020. TechInsights Inc. All rights reserved.

# CIS Active Si and Wells – SCM Periphery



0718201124_PRODUCT_FRW_50.0u_512p_371773.png

**Active Pixels to Periphery Transition – SCM**

- SCM plan-view image at the transition from the pixel array to the periphery
- Two deep N-wells were observed at the transition from the pixel array to the periphery at the bottom of the pixel array.

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Active Si and Wells – SCM Periphery

- SCM cross section image at the transition from active pixels to the peripheral region
- Two 2.4 µm deep N-wells were observed at the transition from the pixel array to the peripheral region.



0721200937_PRODUCT_FRW_10.0u_512p_371688.png

**Peripheral N-Well – SCM**



 All content © 2020. TechInsights Inc. All rights reserved.

# CIS Active Si and Wells – SCM Periphery

- SCM cross section image at the transition from active pixels to the periphery region, showing the two deep N-wells and the $N^+$ N-well contact region and $P^+$ active Si contact region.



0721200937_SMIMC_FRW_10.0u_512p_371688.png

**Peripheral N-Well – sMIM-C**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Active Si and Wells – SIMS Analysis

- SIMS analysis was performed in the CIS pixel array and periphery.
- The sample was prepared by removing the back layers down to the back of the active Si.
- The analysis locations are annotated on the optical image of the SIMS sample on page 15.
- The SIMS crater for boron (B) analysis is 100 × 100 µm, and 80 × 80 µm for the remaining elements.
- The primary ion sources include $O_2$+, typically used for the detection of electropositive species, and Cs+ for electronegative species.
- Note: The SIMS doping concentrations are not corrected for the corresponding areas of the pixel array features.

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Active Si and Wells – Pixel Array SIMS Doping Profile

**Pixel Array Doping Profile Analysis (Page 58)**

- 11B (boron) has a peak doping concentration of $1 \times 10^{22}$ $cm^{-3}$ at the front surface, corresponding to the P-pinning and $P^+$ $V_{SS}$ contact. The 11B doping concentration then starts to decrease, and from a depth of about 0.68-1.2 µm from the front surface, it reaches an average of about $4 \times 10^{16}$ $cm^{-3}$, then decreases again reaching an average of $1 \times 10^{16}$ $cm^{-3}$, which likely corresponds to the active Si doping in the pixel array. At a depth of about 1.7 µm, with the introduction of the B-DTI, 11B doping concentration rises, reaching an average of $1.3 \times 10^{16}$ $cm^{-3}$ at a depth of 2.2 µm up to the back of the active Si.

- Near the front surface, 10B has a peak doping concentration of $4 \times 10^{21}$ $cm^{-3}$, which is possibly associated with the passivation of the STI. In the B-DTI region, 10B has a doping concentration that varies from $1 \times 10^{15}$ to $4 \times 10^{16}$ $cm^{-3}$, which is likely one of the steps employed for the passivation of the B-DTI trench to reduce dark current.

- Near the front surface, 31P (phosphorus) doping concentration peaks at approximately $2 \times 10^{21}$ $cm^{-3}$, which likely corresponds to the $N^+$ S/D regions of the NMOS pixel transistors and $N^+$ FD. At about 0.57 µm from the front surface, the 31P doping concentration falls below $1 \times 10^{15}$ $cm^{-3}$, and at a depth of about 1.6 µm from the front surface, with the introduction of the B-DTI, it increases rapidly, reaching an average of $8 \times 10^{16}$ $cm^{-3}$ at a depth of 1.8 µm up to the back of the active Si. The increasing 31P doping concentration seems to be associated with the presence of B-DTI and could be one of a few steps used to neutralize the interface states at the B-DTI Si/SiO interface.

- 75As (arsenic) doping concentration likely corresponds to the N-type photocathode. It peaks at approximately $1.2 \times 10^{18}$ $cm^{-3}$ at the front surface, which coincides with the higher doping concentration of the upper region of the photocathode. The 75As doping concentration then decreases to about $6 \times 10^{16}$ $cm^{-3}$ from a depth of 0.26-0.45 µm from the front surface. From there, 75As doping concentration gradually decreases, and at a depth of 2.5 µm, it falls below $1 \times 10^{15}$ $cm^{-3}$ at the back surface.

- AlO is used as one of the liners of the B-DTI, so Al was used to trace the start of the B-DTI region.

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Active Si and Wells – Pixel Array SIMS Doping Profile



SIMS_Analysis_Doping_Profile_Pixel_Array.png

**Pixel Array Doping Profile – SIMS**



 All content © 2020. TechInsights Inc. All rights reserved.

# CIS Active Si and Wells – Periphery SIMS Doping Profile

**Periphery Doping Profile Analysis (Page 60)**

- Near the top surface, 11B has a peak doping concentration of $3 \times 10^{19}$ cm$^{-3}$, which coincides with the active Si P$^+$ contacts. It then gradually decreases to reach about $2 \times 10^{16}$ cm$^{-3}$, which likely corresponds to the active Si doping concentration. At a depth of 2.2 µm, 11B doping concentration gradually falls to about $1 \times 10^{15}$ cm$^{-3}$, and finally, increases, reaching $1 \times 10^{16}$ cm$^{-3}$ at the back of the active Si.

- The 10B doping concentration is below $1 \times 10^{15}$ cm$^{-3}$ throughout the thickness of the periphery, then increases rapidly to $4 \times 10^{15}$ cm$^{-3}$ at the back surface.

- 31P and 75As doping concentrations were below $1 \times 10^{15}$ cm$^{-3}$ at this SIMS analysis location.



All content © 2020. TechInsights Inc. All rights reserved.

# CIS Active Si and Wells – Periphery SIMS Doping Profile



SIMS_Analysis_Doping_Profile_Periphery.png

**Periphery Doping Profile – SIMS**



 All content © 2020. TechInsights Inc. All rights reserved.

# CIS Active Si and Wells – Trench Passivation SIMS Doping Profile

- Pages 62 and 63 show the pixel array and periphery doping concentrations, respectively, for hydrogen (H), fluorine (F), P, and 10B.

**Pixel Array Analysis (Page 62)**

- The elevated average doping concentration of F ($\sim$1.3 $\times$ $10^{18}$ cm$^{-3}$) and H ($\sim$7 $\times$ $10^{19}$ cm$^{-3}$) associated with the presence of the B-DTI may be indicative of the use of plasma and anneal treatment to passivate the B-DTI trench sidewalls to suppress positive charges generated at the interface during the B-DTI etch that act as traps for the photoelectrons, a by product of the formation of B-DTI [3].

- At about 1.7 µm from the front surface, with the introduction of the B-DTI, the P doping concentration increases rapidly, reaching an average of 7 $\times$ $10^{16}$ cm$^{-3}$. The increasing P doping concentration is associated with the presence of B-DTI and could be one of a few steps used to neutralize the interface states at the B-DTI Si/SiO interface.

- With the introduction of the B-DTI, 10B doping concentration rises from below 1 $\times$ $10^{15}$ cm$^{-3}$ to reach an average of 4 $\times$ $10^{16}$ cm$^{-3}$; this is likely one of the steps employed for the passivation of the B-DTI trench [4] [5].

**Periphery Analysis (Page 63)**

- Compared with the pixel array, the doping concentrations of F ($\sim$2 $\times$ $10^{17}$ cm$^{-3}$) and H ($\sim$2 $\times$ $10^{16}$ cm$^{-3}$) in the periphery are lower; this may indicate the use of plasma doping to passivate the B-DTI trench sidewalls in the pixel array region.

- The 10B doping concentration shows only noise in the periphery region.

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Active Si and Wells – Trench Passivation SIMS Doping Profile



SIMS_Analysis_B-DTI_Passivation_Pixel_Array.png

**Pixel Array F, H, P, and 10B Doping Profile – SIMS**

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Active Si and Wells – SIMS Trench Passivation



SIMS_Analysis_B-DTI_Passivation_Periphery.png

**Periphery F, H, P, and 10B Doping Profile – SIMS**



 All content © 2020. TechInsights Inc. All rights reserved.

# CIS Isolation Structures

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Pixel Isolation – B-DTI

- The pixel isolation is realized using partial depth B-DTI and P-type doping.
- The depth of the B-DTI trench varies from 1.6 µm at the grid edge intersection to 1.8 µm at the grid vertices.



751_CIS_PixelArray_B-DTI_Between_Pixels_25K_371688.png

**B-DTI at Grid Vertices – SEM**



476_CIS_PixelArray_B-DTI_50K_370466.png

**B-DTI at Grid Edge Intersection – TEM**

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Pixel Isolation – B-DTI



BDTI_8.9kx_370534.png

**B-DTI at Grid Edge Intersection – TEM**

- TEM cross section overview image of the B-DTI at the grid edge intersection

- The depth of the B-DTI trench is 1.6 µm at the grid edge intersection and the average width is about 0.18 µm. The B-DTI aspect ratio is approximately 8.9 (1.6 µm/0.18 µm).

- The oxide fill layer pinches near the B-DTI trench top (mouth) during the deposition step, creating a void.

   All content © 2020. TechInsights Inc. All rights reserved.



# CIS Pixel Isolation – B-DTI

- The B-DTI is etched from the back of the CIS active Si after the CIS wafer thinning.
- The B-DTI trench is lined with the HKD/AR layers (AlO/HfO/TaO) and filled with the oxide.
- Near the top (mouth), the B-DTI trench is 170 nm wide, and the HKD/AR 1 AlO is 4.7 nm thick, HKD/AR 2 HfO is 4.3 nm thick, and HKD/AR 3 TaO is 10 nm thick.



BDTI_bot_64kx_370534.png

**B-DTI Top Overview – TEM**



BDTI_bot_180kx_370534.png

**B-DTI Top Detail – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Pixel Isolation – B-DTI

▪ Near the center, the HKD/AR 1 AlO is 4.0 nm thick, HKD/AR 2 HfO is 4.3 nm thick, and HKD/AR 3 TaO is 1.6 nm thick.



BDTI_mid_88kx_370535.png

**B-DTI Center Overview – TEM**



BDTI_mid_360kx_370534.png

**B-DTI Center Detail – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Pixel Isolation – B-DTI

- The B-DTI near the bottom is 170 nm wide, and the radius of curvature is approximately 76 nm.
- The HKD/AR 1 AlO is 3.0 nm thick, and the HKD/AR 2/3 HfO/TaO is 6.5 nm thick.



BDTI_top_64kx_370534.png

**B-DTI Bottom Overview – TEM**



BDTI_top_130kx_370535.png

**B-DTI Bottom Detail – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Pixel Transistors Isolation – STI

- SEM and TEM cross section images of the STI in the periphery and pixel array, respectively
- The STI thickness below the active Si in the periphery and pixel array are 67 nm and 61 nm, respectively.



780_CIS_Periphery_STI_200K_371688.png

**STI Periphery – SEM**



STI_64kx_370533.png

**STI Pixel Array – TEM**

 All content © 2020. TechInsights Inc. All rights reserved.

# CIS Front Dielectrics and Metal Interconnect

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Front Dielectrics Summary – Pixel Array

| Layer (Pixel Array Region) | Composition (Based on TEM-EDS) | Thickness (nm) |
|---|---|---|
| Pad oxide 1/2 | SiO/SiO | 20/20 |
| CESL 1/CESL 2 | SiN/SiN | 36/36 |
| PMD 1/PMD 2/PMD 3/PMD 4/PMD 5 | SiOP/SiO/SiOC/SiO/SiOC | 260/67/31/13/180 |
| ILD 1-1/ILD 1-2/ILD 1-3 | SiCN/SiO/SiOC | 57/29/260 |
| ILD 2-1/ILD 2-2/ILD 2-3 | SiCN/SiO/SiOC | 57/25/260 |
| ILD 3-1/ILD 3-2/ILD 3-3/ILD 3-4 | SiNO/SiO/SiON/SiO | 60/260/52/370 |
| Passivation 1/passivation 2 | SiN/SiO | 70/330 |
| CIS WBL 1 | SiON | 73 |
| ISP WBL 1 | SiON | 79 |
| Interface bonding layer (IBL) | SiO | 4.2 |

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Front Metals Summary

| Layer | Composition (Based on TEM-EDS) | Thickness (nm) |
|---|---|---|
| Metal 1/liner | Cu/Ta-based | 280 |
| Metal 2/liner | Cu/Ta-based | 250 |
| Metal 3/liner | Cu/Ta-based[1] | 230 |
| Metal 4/liner | Cu/Ta-based | 510 |
| CIS metal 5 (DBI)/liner | Cu/Ta-based | 470 |
| ISP metal 7 (DBI)/liner | Cu/Ta-based | 500 |

[1] The metal 3 layer was not analyzed; a likely composition is shown, based on the similarity to the metal 2 layer.

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Front Dielectrics and Metals



455_CIS_Periphery_PMD_120K_370466.png

**Periphery PMD – SEM**

- The PMD in the periphery comprises a 20 nm thick pad oxide, a 36 nm thick CESL 1 nitride, a 280 nm thick PMD 1 SiOP, a 68 nm thick PMD 2 oxide, a 41 nm thick PMD 3 SiOC, a 13 nm thick PMD 4 oxide, and a 150 nm thick PMD 5 SiOC.

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Front Dielectrics and Metals

- The PMD in the pixel array comprises the same seven layers as the periphery, with additional pad oxide 2 and CESL 2 layers. The PMD in the pixel array includes a 20 nm thick pad oxide 1, a 36 nm thick CESL 1 nitride, a 20 nm thick pad oxide 2, a 36 nm thick CESL 2 nitride, a 260 nm thick PMD 1 SiOP, a 67 nm thick PMD 2 oxide, a 31 nm thick PMD 3 SiOC, a 13 nm thick PMD 4 oxide, and a 180 nm thick PMD 5 SiOC.




485_CIS_PixelArray_Vpix_120K_370466.png

**Pixel Array PMD – SEM**


PMD_17.5kx_1_370533.png

**Pixel Array PMD – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Front Dielectrics and Metals

▪ The pixel array PMD lower layers comprise 20 nm thick pad oxide 1, a 36 nm thick CESL 1 nitride, a 20 nm thick pad oxide 2, and a 36 nm thick CESL 2 nitride.

▪ Metal 1 is 280 nm thick and 270 nm wide single Cu damascene with a Ta-based liner.



PMD_Lower_layers_64kx_370533.png

**Pixel Array PMD Lower Layers – TEM**



M1_35kx_370533.png

**Metal 1 – TEM**

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Front Dielectrics and Metals

- Metal 2 through metal 4 are dual Cu damascene with single Ta-based liners.

- ILD 1 through ILD 3 have the same structure and composition. ILD 1 comprises a 57 nm thick ILD 1-1 SiCN, a 29 nm thick ILD 1-2 oxide, and a 260 nm thick ILD 1-3 SiOC.

- Metal 2 is 250 nm thick and 170 nm wide. The minimum metal pitch of 250 nm was observed in metal 2.



ILD1_35kx_370534.png

**ILD 1 and Metal 2 – TEM**



502_CIS_PixelArray_250nm_M2_Pitch_120K_370466.png

**Metal 2 Minimum Pitch – SEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Front Dielectrics and Metals

- Metal 3 is 230 nm thick. ILD 2 comprises a 57 nm thick ILD 2-1 SiCN, a 25 nm thick ILD 2-2 oxide, and a 260 nm thick ILD 2-3 SiOC.
- Metal 4 is 510 nm thick. ILD 3 comprises a 60 nm thick ILD 3-1 SiCN, a 260 nm thick ILD 3-2 oxide, a 52 nm thick ILD 3-3 SiN, and a 370 nm thick ILD 3-4 oxide.



**ILD 2 and Metal 3 – TEM**



**ILD 3 and Metal 4 – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Front Dielectrics and Metals



465_CIS_Periphery_Passivation_120K_370466.png

**Passivation – SEM**

- The passivation comprises a 70 nm thick passivation 1 SiN and a 330 nm thick passivation 2 oxide.

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS/ISP Hybrid Bonding (DBI)

All content © 2020. TechInsights Inc. All rights reserved.



# CIS/ISP Hybrid Bonding – Oxide Bonding

- TEM images showing the oxide bonding
- The 73 nm thick CIS WBL 1 SiON and 79 nm thick ISP WBL 1 SiON layers are plasma treated, which causes an increase the number of OH groups at the surface of the SiON layers. After the wafers are bonded together, during the post wafer bonding anneal, the OH bonds break, forming SiO bonds, and consequently a 4.2 nm thick IBL oxide is formed [2].



Bonding_39kx_370534.png

**Oxide Bonding Overview – TEM**



Bonding_88kx_2_370534.png

**Oxide Bonding Detailed – TEM**



All content © 2020. TechInsights Inc. All rights reserved.

# CIS/ISP Hybrid Bonding – Oxide Bonding



Bonding_180kx_370534.png

**Oxide Bonding Detail – TEM**

- TEM high-magnification detail image showing the oxide bonding
- The IBL oxide is 4.2 nm thick.

All content © 2020. TechInsights Inc. All rights reserved.



# CIS/ISP Hybrid Bonding – Oxide Bonding

- TEM-EELS profiles showing the oxide-oxide bonding
- The overview profile at the wafer bonding interface shows an increase in oxygen and a decrease in silicon, and almost no noticeable drop in nitrogen. However, the detail profile shows an increase in oxygen and a slight decrease in nitrogen; because of the size of the beam and the small thickness of the oxide layer, the nitride does not drop to zero.



Bonding_14.45.04 Edge Profiles_370534.png

**Oxide Bonding Overview – TEM-EELS**



Bonding_14.42.12 Edge Profiles_370534.png

**Oxide Bonding Detail – TEM-EELS**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS/ISP Wafer Hybrid Bonding – Column Out DBI

- SEM plan-view images showing the column out DBI array at the bottom of the pixel array
- There are 18 rows of active column out DBIs.
- The active DBI is circular with a diameter of 1.8 µm.
  - Active column out DBIs have horizontal and vertical minimum pitches of 4.2 µm.



535_CIS_DBI_Connection_1p4K_371773.png

**Active Column Out DBIs Overview – SEM**



537_CIS+ISP_DBI_Connection_15K_371773.png

**Active Column Out DBI Detail – SEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS/ISP Wafer Hybrid Bonding – Column Out DBI

- SEM cross section overview images of the active column and row DBIs
- The active column out DBI array comprises 18 rows.



Active Column Out DBI Overview – SEM



Active Column Out DBI Detail – SEM

85   All content © 2020. TechInsights Inc. All rights reserved.



# CIS/ISP Wafer Hybrid Bonding – Row Select DBI

- SEM cross section overview and detail images of the active row select DBIs
- The active row select DBI array comprises 28 columns.
- The seven columns on each side of the array are connected together.



426_CIS+ISP_Periphery_DBI_Array_1K_370466.png

**Active Row Select DBI Overview – SEM**



432_CIS+ISP_Periphery_DBI_Array_Edge_7K_370466.png

**Active Row Select DBI Detail – SEM**



86   All content © 2020. TechInsights Inc. All rights reserved.

# CIS/ISP Hybrid Bonding – Row Select DBI

- The hybrid bonding (DBI) electrically connects the CIS and ISP dies. The hybrid bonding is made between the CIS Cu metal 5 and the ISP Cu metal 6, and between the plasma treated CIS WBL 1 SiCN and the ISP WBL 1 SiCN.

- The active row select has a horizontal pitch of 4.2 µm (vertical pitch not measured).



430_CIS+ISP_Periphery_DBI_Array_Middle_15K_370466.png

**Active Row Select DBI Pitch – SEM**



459_CIS+ISP_Periphery_DBI_40K_370466.png

**Active Row Select DBI Detail – SEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS/ISP Hybrid Bonding – Row Select DBI



460_CIS+ISP_Periphery_DBI_60K_370466.png

**Active Row Select DBI Close-Up – SEM**

▪ The ISP metal 6 DBI is 500 nm thick and the CIS Cu metal 5 DBI is 470 nm thick. There is a 130-160 nm misalignment between the two DBIs.



All content © 2020. TechInsights Inc. All rights reserved.

# CIS/ISP Hybrid Bonding – Bond Pad DBI

- The CIS bond pad metal stack is connected to the active hybrid bonding (DBI).



709_CIS+ISP_BondPad_600x_371688.png

**Bond Pad DBI Overview – SEM**



713_CIS+ISP_BondPad_Edge_5K_371688.png

**Bond Pad DBI Detail – SEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS/ISP Hybrid Bonding – Bond Pad DBI



718_CIS+ISP_BondPad_DBI_15K_371688.png

**Bond Pad DBI Close-Up – SEM**

- The bond pad DBI has a vertical pitch of 4.2 µm.

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Back Layers

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Back Layers Summary

| Layer | Composition (Based on TEM-EDS) | Thickness (nm) |
|---|---|---|
| High-k dielectric/AR 1 | AlO | 4.7 |
| High-k dielectric/AR 2 | HfO | 4.3 |
| High-k dielectric/AR 3 | TaO | 47 |
| BPMD | SiO | 110 |
| CMG/light shield (barrier/metal/dielectric) | TiN/W/SiO | 28/160/400 |
| Clear filter | C, O, Si, S | 0.70 µm |
| Other filter | C, O, Si, N, Cl | 0.71 µm |
| Lens buffer | C, O, Si, S | 0.24 µm |
| OCL (including lens planarization layer) | C, O, Si, S | 0.96-0.97 µm |
| Lens coating | SiO | 61-87 |
| Organic shield layer | C, Si, O, S | 1.1 µm |
| Microlens radius of curvature | – | 0.59 µm |
| Optical stack | – | 1.7 µm |

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Back Layers – CF and OCL

- SEM and TEM overview images of CIS back layers
- The CFs are embedded (buried) in the grid. The clear filter is 0.70 µm thick and contains C, O, Si, and S. One of the other filters is also 0.70 µm thick.
- The OCL contains C, O, Si, and S, and has an approximate thickness of 0.97 µm, including the lens planarization layer. The OCL radius of curvature is 1.8 µm.



475_CIS_PixelArray_Color_Filter_Pair_25K_370466.png

**Back Layers Overview – SEM**



Color_filters_4.5kx_370535.png

**Back Layers Overview – TEM**

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Back Layers – CF and OCL



Lenses_6.3kx_1_370534.png

**Back Layers Overview – TEM**

- TEM overview images of CIS back layers
- One of the other filters is 0.71 µm thick and contains C, O, Si, N, and Cl.
- The OCL is 0.96 µm to 0.97 µm thick, and comprises a 0.24 µm lens planarization layer and the remainder of the thickness is the lens layer.



 All content © 2020. TechInsights Inc. All rights reserved.

# CIS Back Layers – HKD/AR Layers



AR_layers_180kx_370535.png

**HKD/AR 1, 2 and 3 Layers – TEM**

- ▪ TEM image showing the HKD/AR layers used to passivate the back of the active Si and B-DTI sidewalls, as well as the BPMD, and grid.

- ▪ A HKD/AR layer is deposited on the back of the active Si. It comprises a 4.7 nm thick HKD/AR 1 AlO, a 4.3 nm thick HKD/AR 2 HfO, and a 47 nm thick HKD/AR 3 TaO.

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Back Layers – BPMD and CMG

- TEM images showing the BPMD and CMG
- The BPMD is a 110 nm thick oxide.
- The CMG is 588 nm thick and comprises a 28 nm TiN liner, a 160 nm W layer, and a 400 nm thick oxide.



grid_39kx_370534.png

**BPMD and CMG – TEM**



grid_26.5kx_370534.png

**CMG – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Back Layers – Lens Coating

▪ The OCL coating is a 61 nm to 87 nm thick oxide.


Lens_39kx_370534.png


Lens_39kx_1_370534.png

**OCL Coating – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# CIS Back Layers – Organic Shield Layer



Lens_periphery_6.3kx_370535.png

**Organic Shield Layer – TEM**

- The periphery region is covered with a 1.1 µm thick organic shield layer containing C, Si, O, and S.

 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Bond Pad

All content © 2020. TechInsights Inc. All rights reserved.



# Bond Pad

- The bond pad has a pitch of 170 µm and is formed in a 150 µm long x 80 µm wide window, which penetrates the CIS active Si and pad oxide.
- The bond pad opening (exposed Al) is 130 µm long, and it is isolated from the CIS active Si by a dielectric layer.



LI-AR0820-GMSL2_060H_Front-Cam_AR0820_2018_CIS_371697_BondPads.png

**Bond Pad Overview – Optical**



449_CIS+ISP_BondPad_800x_370466.png

**Bond Pad Overview – SEM Cross Section**

100   All content © 2020. TechInsights Inc. All rights reserved.

# Bond Pad

- The bond pad comprises an Al layer with top and bottom barrier layers and two trench vias.
- The trench vias connect the bond pad to CIS metal 1 to metal 4 stack
- Dielectric layers isolate the bond pad from the active Si



451_CIS+ISP_BondPad_Edge_6K_370466.png

**Bond Pad Overview – SEM Plan View**



450_CIS+ISP_BondPad_Edge_6K_370466.png

**Bond Pad Overview – SEM Cross Section**



 All content © 2020. TechInsights Inc. All rights reserved.

# CIS Pixel Analysis

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Schematic

- The AR0820AT features a four-shared pixel architecture (2×2 pixel configuration) with seven transistors per four pixels, yielding 1.75T effective per pixel, plus an in-pixel poly MOS capacitor, giving a shared-pixel footprint of two rows and two columns.

- A schematic of the shared pixels is shown on the next page. There is one cluster of four transfer transistors (T1-T4) with their drain regions connected to a common FD node.

- The FD node is connected to the gate of source follower (SF) transistor T6 and the source of reset (RST) transistor T5 through a metal 1 FD strap. Connected in series with the T6 (SF) transistor is the row select (ROW) transistor T7, the source of which connects to four column out (CO) lines. A pixel supply voltage, $V_{PIX}$, connects to the drains of T5 (RST) and T6 (SF). One $V_{SS}$ contact connection is used for each 2×2 shared-pixel grouping.

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Schematic



 All content © 2020. TechInsights Inc. All rights reserved.



# CIS Plan-View Analysis

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Planar Analysis

- Metal 4 forms a grid connected to $V_{SS}$ over the pixel array.
- Metal 3 comprises metal lines running vertically over the pixel array. Metal 3 is used for the CO, $V_{PIX}$, and $V_{SS}$ lines.



550_CIS_PixelArray_M4_20K_371773.png

**Pixel at Metal 4 – SEM**



549_CIS_PixelArray_M3_Via3_20K_371773.png

**Pixel at Metal 3 – SEM**



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Planar Analysis

- Single and multiple via 2s and single via 1s are used for pixel interconnect.
- Metal 2 is used for XFER 1, XFER 2, XFER 3, XFER 4, $V_{SS}$, $V_{PIX}$, RST, ROW, and C lines, as well as for CO lands.
- Metal 1 is used for XFER 1, XFER 2, XFER 3, XFER 4, $V_{PIX}$, RST, ROW and CO lands, and FD strap and $V_{SS}$ lines.



547_CIS_PixelArray_M2_Via2_20K_371773.png

**Pixel at Metal 2 and Via 2 – SEM**



545_CIS_PixelArray_M1_Via1_20K_371773.png

**Pixel at Metal 1 and Via 1 – SEM**



All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Planar Analysis

- The pixel at poly and contact shows single contacts to all pixel transistors.
- The pixel size is 2.1 µm × 2.1 µm. The four-shared pixel has a footprint of 4.2 µm × 4.2 µm. The yellow rectangle shows the four-shared pixel boundary.
- The pixel active Si inside the B-DTI grid is about 2.0 µm × 2.0 µm.



543_CIS_PixelArray_Poly_20K_371773.png

**Pixel at Poly and Contact – SEM**



566_CIS_PixelArray_Substrate_B-DTI_40K_371773.png

**B-DTI Grid – SEM Plan View**

All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Planar Analysis



569_CIS_PixelArray_Grid_40K_371773.png

**Grid Aperture – SEM Plan View**

- The grid aperture has an approximate area (A, red dashed line) of 3.794 $\mu m^2$, corresponding to a fill factor of ~86% (3.794/[2.1]$^2$).

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Planar Analysis

- SCM overview and detail images of the pixel near the active Si surface, showing the transistor gates and P-pinning layer



**Pixel at the Active Si Surface Overview – Planar SCM**



**Pixel at the Active Si Surface Detail – Planar SCM**

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Planar Analysis

- The SCM and sMIM-C images show the pixel below the active Si surface. The N-type photocathodes, STI, and P-type pixel isolation regions are visible.



0715201204_PRODUCT_FRW_20.0u_512p_371773.png

**Pixel Below S/D Regions – Planar SCM**



0715201204_SMIMC_FRW_20.0u_512p_371773.png

**Pixel Below S/D Regions – Planar sMIM-C**

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Planar Analysis

- The SCM and sMIM-C images show the pixel at the S/D regions. The N-type photocathodes, STI, and P-type pixel isolation regions are visible.



0715201204_PRODUCT_FRW_20.0u_512p_371773.png

**Pixel at the S/D Regions Overview – Planar SCM**



0715201204_SMIMC_FRW_20.0u_512p_371773.png

**Pixel at the S/D Regions Overview – Planar sMIM-C**

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Planar Analysis

- The SCM and sMIM-C images show the pixel at the S/D regions. The N-type photocathodes, STI, and P-type pixel isolation regions are visible.

- The area of the N-type cathode is approximately 2.38 μm². 



0715201256_PRODUCT_FRW_6.0u_512p_371773.png

**Pixel at the S/D Regions Detail – Planar SCM**



0715201256_SMIMC_FRW_6.0u_512p_371773.png

**Pixel at the S/D Regions Detail – Planar sMIM-C**

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Planar Analysis

- SCM and sMIM-C images of the photocathodes before the start of the B-DTI
- The N-type photocathode has an approximate area of 1.94 µm$^2$.



0716201217_PRODUCT_FRW_6.0u_512p_371773.png

**Pixel Before the Start of B-DTI – Planar SCM**



0716201217_SMIMC_FRW_6.0u_512p_371773.png

**Pixel Before the Start of B-DTI – Planar sMIM-C**

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Planar Analysis

- SCM and sMIM-C images of the photocathodes at the B-DTI region
- The N-type photocathode has an approximate area of 2.89 $\mu m^2$.



0717200822_PRODUCT_FRW_20.0u_512p_371773.png

**Pixel at the Start of B-DTI Region – Planar SCM**



0717200822_SMIMC_FRW_20.0u_512p_371773.png

**Pixel at the Start of B-DTI Region – Planar sMIM-C**

115   All content © 2020. TechInsights Inc. All rights reserved.



# CIS Cross Section Analysis – Y-Direction

All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction



543_CIS_PixelArray_Poly_20K_371773_1.png

**Pixel at the Polysilicon Level**

- SEM bevel image at the polysilicon level showing the locations of the pixel cross section planes in the Y-direction (parallel to column out lines) and X-direction (parallel to the row select lines)

All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction



758_CIS_PixelArray_T7-RS_T6-SF_T5-RST_C1_15K_371688.png

**T5, T6, T7 and C1 Overview (Section Line A) – SEM**

- SEM cross section overview through section line A (T5, T6, T7, and C1)

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Transistor Summary

| Transistor | Length (nm) | Gate Dielectric | Gate Dielectric Thickness (nm) |
|---|---|---|---|
| Transfer gate (T1-T4) | 440 | Nitrided oxide | 5.9 |
| RST (T5) | 300 | Nitrided oxide | 5.9 |
| SF (T6) | 600 | Nitrided oxide | 5.9 |
| ROW (T7) | 280 | Nitrided oxide | 5.9 |
| Capacitor (C1) | 1.7 µm | Nitrided oxide | 5.9 |

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction

▪ TEM cross section overview images through section line A (T5, T6, T7, and C1)



T5-7_C1_8.9kx_370533.png

**T5, T6, T7 and C1 Overview (Section Line A) – TEM**



T5_C1_8.9kx_370533.png

**T5 and C1 Overview (Section Line A) – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction

- TEM cross section across C1 MOS capacitor
- The capacitor C1 polysilicon gate is 1.7 μm long .
- The C1 gate dielectric comprises a 5.9 nm thick nitrided oxide.



C1_13.5kx_370533.png

**C1 Detail – TEM**



C1_Gox_440kx_3r_370533.png

**C1 Gate Dielectric – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction



C1_Gox_20.17.39 Edge Profiles_370533.png

**C1 Gate Dielectric – TEM-EELS**

- TEM-EELS scan spectra of C1 gate dielectric
- The gate dielectric is a nitrided oxide.

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction

- TEM cross section across T5 (RST)
- The T5 (RST) is 300 nm long.
- T5 (RST) gate dielectric comprises a 5.9 nm thick nitrided oxide.



T5_39kx_1r_370533.png

**T5 (RST) Detail – TEM**



T5_Gox_440kx_1r_370533.png

**T5 (RST) Gate Dielectric – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction



T5_Gox_20.50.08 Edge Profiles_370533.png

**T5 (RST) Gate Dielectric – TEM-EELS**

- TEM-EELS scan spectra of T5 (RST) gate dielectric
- The gate dielectric is a nitrided oxide.



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – Y-Direction

- TEM cross section across T6 (SF)
- The T6 (SF) is 600 nm long.
- T6 (SF) gate dielectric comprises a 5.9 nm thick nitrided oxide.



T6_26.5kx_370533.png

**T6 (SF) Detail – TEM**



T6_Gox_440kx_1r_370533.png

**T6 (SF) Gate Dielectric – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction



T6_Gox_20.39.43 Edge Profiles_370533.png

**T6 (SF) Gate Dielectric – TEM-EELS**

- TEM-EELS scan spectra of T6 (SF) gate dielectric
- The gate dielectric is a nitrided oxide.

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction

- TEM cross sections across T7 (ROW)
- The T7 (ROW) is 280 nm long.
- T7 (ROW) gate dielectric comprises a 5.9 nm thick nitrided oxide.



T7_39kx_370533.png

**T7 (ROW) Detail – TEM**



T7_Gox_440kx_1r_370533.png

**T7 (ROW) Gate Dielectric – TEM**

All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction



T7_Gox_20.28.16 Edge Profiles_370533.png

**T7 (ROW) Gate Dielectric – TEM-EELS**

- TEM-EELS scan spectra of T7 (ROW) gate dielectric
- The gate dielectric is a nitrided oxide.

All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction

- SCM cross section image through section line A (T5, T6, T7, and C1)
- The N$^+$ S/D region is 140 nm thick.



0721200829_PRODUCT_FRW_6.0u_512p_371688.png

**T5, T6, T7 and C1 (Section Line A) – SCM**

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction

- sMIM-C cross section image through section line A (T5, T6, T7, and C1)
- The P-well is about 0.68 µm thick.



0721200829_SMIMC_FRW_6.0u_512p_371688.png

**T5, T6, T7 and C1 (Section Line A) – sMIM-C**



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – Y-Direction



736_CIS_PixelArray_Edge_uLens_Shift_20K_371688_1.png

**Pixel Center (Section Line B) – SEM**

- SEM cross section overview image through section line B (pixel center)

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction

- SCM cross section overview image through section line B (pixel center)
- The N-type photocathode is 2.4 μm thick. As shown in the sMIM-C image on the next page, the top region of the photocathode has a higher doping concentration.
- The width of the N-type photocathode varies from 1.0-1.6 μm, depending on the location.



0720200854_PRODUCT_FRW_10.0u_512p_371688.png

**Pixel Center (Section Line B) – SCM**



132   All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – Y-Direction

- sMIM-C cross section overview image through section line B (pixel center)
- The P-well/isolation region is 0.68 µm thick.
- The sMIM-C image shows that the upper region of the photocathode has a higher doping concentration.



0720200854_SMIMC_FRW_10.0u_512p_371688.png

**Pixel Center (Section Line B) – sMIM-C**

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction

▪ SEM cross section overview and TEM detail images through section line C (T3/T4 transfer gates)



754_CIS_PixelArray_T3-TG_T4-TG_15K_371688.png

**T3 and T4 Transfer Gates Overview
(Section Line C) – SEM**



T1-4_8.9kx_370533.png

**T3 and T4 Transfer Gates Detail
(Section Line C) – TEM**

 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – Y-Direction

- TEM cross section image of T3 and SEM cross plan view image of T1
- The transfer gates have a length of 440 nm.



T1-4_26.5kx_370533.png

**T3 Transfer Gate – TEM**



552_CIS_PixelArray_T1-TG_120K_371773.png

**T1 Transfer Gate Detail – SEM Plan View**



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – Y-Direction

- The transfer transistor gate dielectric comprises a 5.9 nm thick nitrided oxide.



T1-4_Gox_440kx_1_370533.png

**XFER Gate Dielectric – TEM**



T1-4_Gox_16.08.42 Edge Profiles_370533.png

**XFER Gate Dielectric – TEM-EELS**

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – Y-Direction

- SCM cross section image through section line C (T3 and T4 and photocathode)
- The N-type photocathode is 2.4 µm thick. As shown in the sMIM-C image on the next page, the top region of the photocathode has a higher doping concentration.
- The width of the N-type photocathode varies from 1.0-1.6 µm, depending on the location.



0721201156_PRODUCT_FRW_10.0u_512p_371688.png

**T3 and T4 (XFER) Gates and Photocathode (Section Line C) – SCM**



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – Y-Direction

- sMIM-C cross section overview image through section line C (XFER gates and photocathode)
- The P-well/isolation region is 0.68 μm thick.
- The sMIM-C image shows that the upper region of the photocathode has a higher doping concentration.



0721201156_SMIMC_FRW_10.0u_512p_371688.png

**T3 and T4 (XFER) Gates and Photocathode (Section Line C) – sMIM-C**



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – Y-Direction



749_CIS_PixelArray_FD_15K_371688.png

**FD (Section Line D) – SEM**

▪ SEM cross section overview image through section line D (FD)



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – Y-Direction

- SCM cross section overview image through section line D (FD)
- The N+ FD region is 260 nm deep.
- Note: The apparent distortion of the B-DTI is an artifact of the SCM scan.



0721200655_PRODUCT_FRW_10.0u_512p_371688 png

**FD (Section Line D) – SCM**



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – Y-Direction

- sMIM-C cross section overview image through section line D (FD)
- Note: The apparent distortion of the B-DTI is an artifact of the SCM scan.



0721200655_SMIMC_FRW_10.0u_512p_371688.png

**FD (Section Line D) – sMIM-C**



 All content © 2020. TechInsights Inc. All rights reserved.

# CIS Cross Section Analysis – X-Direction

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – X-Direction



543_CIS_PixelArray_Poly_20K_371773_2.png

**Pixel at the Polysilicon Level**

- SEM bevel image at the polysilicon level showing the locations of the pixel cross section planes in the Y-direction (parallel to column out lines) and X-direction (parallel to the row select lines)

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – X-Direction



471_CIS_PixelArray_Center+15K_370466_1.png

**Pixel Center (Section Line E) – SEM**

- SEM cross section image through section line E (pixel center)

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – X-Direction

- SCM cross section overview image through section line E (pixel center)
- The N-type photocathode is 2.4 µm thick. As shown in the sMIM-C image on the next page, the top region of the photocathode has a higher doping concentration.
- The width of the N-type photocathode varies from 1.1-1.6 µm, depending on the location.



0708201114_PRODUCT_FRW_10.0u_512p_370466.png

**Pixel Center (Section Line E) – SCM**



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – X-Direction

- sMIM-C cross section overview image through section line E (pixel center)
- The P-well/isolation region is 0.68 µm thick.
- The sMIM-C image shows that the upper region of the photocathode has a higher doping concentration.



0708201114_SMIMC_FRW_10.0u_512p_370466.png

**Pixel Center (Section Line E) – sMIM-C**

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – X-Direction



470_CIS_PixelArray_FD_Strap_15K_370466.png

**Pixel Center Overview (Section Line F) – SEM**

- SEM cross section overview image through section line F (FD)



# Pixel Cross Section Analysis – X-Direction

- SCM cross section image through section line F (FD)
- The N+ FD region is 300 nm deep, and the N+ S/D regions are 140 nm deep.



0711201032_PRODUCT_FRW_10.0u_512p_370466.png

**FD Overview (Section Line F) – SCM**



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – X-Direction

- sMIM-C cross section overview image through section line F (FD)
- The P-well/isolation region is 0.68 µm thick.



FD Overview (Section Line F) – sMIM-C



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – X-Direction

▪ SEM cross section overview and TEM detail images through section line G (T2 and T3 XFER gates)



486_CIS_PixelArray_T3-TG_T2-TG_15K_370466.png

**T2 and T3 XFER Gates Overview
(Section Line G) – SEM**



498_CIS_PixelArray_T4-TG_T1-TG_60K_370466.png

**T2 and T3 XFER Gates Detail
(Section Line G) – SEM**

All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – X-Direction



501_CIS_PixelArray_T5-RST_120K_370466

**Pixel Center Overview (Section Line E) – SEM**

- SEM cross section overview image through section line G (T5 RST)
- T5 (RST) is 300 nm wide. It is the same width for T6, T7, and C1.

 All content © 2020. TechInsights Inc. All rights reserved.



# Pixel Cross Section Analysis – X-Direction

- SCM cross section image through section line G (T2 and T3 XFER gates).
- The N-type photocathode is 2.4 µm thick. As shown in the sMIM-C image on the next page, the top region of the photocathode has a higher doping concentration.
- The width of the N-type photocathode varies from 0.93-1.5 µm, depending on the location.



0711201114_PRODUCT_FRW_10.0u_512p_370466.png

**T2 and T3 (XFER) Gates and Photocathode (Section Line G) – SCM**



 All content © 2020. TechInsights Inc. All rights reserved.

# Pixel Cross Section Analysis – X-Direction

- sMIM-C cross section overview image through section line G (T2 and T3 XFER gates)
- The P-well/isolation region is 0.68 µm thick.
- The sMIM-C image shows that the upper and center regions of the photocathode have a higher doping concentration.



0711201114_SMIMC_FRW_10.0u_512p_370466.png

**T2 and T3 (XFER) Gates and Photocathode (Section Line G) – sMIM-C**

All content © 2020. TechInsights Inc. All rights reserved.



# References

[1]   "AR0820AT: CMOS Image Sensor, Digital, 8.3 MP, 1/2-inch, High-Resolution," ON Semiconductor product overview, https://www.onsemi.com/products/sensors/image-sensors-processors/image-sensors/ar0820at (accessed July 15, 2020)

[2]   US Patent 9,446,467 B1, "Integrate rinse module in hybrid bonding platform," TSMC

[3]   "Pixel-to-Pixel Isolation by Deep Trench Technology: Application to CMOS Image Sensor," A. Tounier, et al., STMicroelectronics, IISW 2011

[4]   "Plasma Doping of High Aspect Ratio Structures," D. Raj, et al., 20th International Conference on Ion Implantation Technology

[5]   US Patent 8,390,089 B2, "Image sensor with deep trench isolation structure," TSMC

 All content © 2020. TechInsights Inc. All rights reserved.



# Statement of Measurement Uncertainty and Scope Variation

**Statement of Measurement Uncertainty**

TechInsights calibrates length measurements on its scanning electron microscope (SEM), transmission electron microscope (TEM), and optical microscopes using measurement standards that are traceable to the International System of Units (SI).

Our SEM/TEM cross-calibration standard was calibrated at the National Physical Laboratory (NPL) in the UK (Report Reference LR0304/E06050342/SEM4/190). This standard has a 146 ± 2 nm (± 1.4%) pitch, as certified by the NPL. TechInsights verifies every six months that its SEM and TEM are calibrated to within ± 2% of this standard, over the full magnification ranges used.

TechInsights' optical microscopes are calibrated using a stage micrometer calibrated at the National Research Council of Canada (CNRC) (Report Reference LS-2005-0010). This standard has an expanded uncertainty of 0.3 μm (0.3%) for the stage micrometer's 100 μm pitch lines.

Random measurement errors, introduced during measurements of features on the calibrated images, yield an additional expanded uncertainty, which together with calibration uncertainty, is approximately ± 5% or better for features larger than about 20% of the image width.

TechInsights camera systems, used for package photographs and teardown photographs, and TechInsights X-ray instruments are not calibrated. Package dimensions are measured physically with calipers.

The materials analysis reported in TechInsights reports is normally limited to approximate elemental composition, rather than stoichiometry. Quantification of energy dispersive spectroscopy (SEM-EDS and TEM-EDS) and TEM-based electron energy loss spectroscopy (TEM-EELS) materials analysis is usually not provided, unless otherwise stated. TechInsights will typically abbreviate the material composition, using only the elemental symbols (rather than full chemical formula) in approximate order of the peak heights in the spectra, but this does signify the relative concentration.

Secondary ion mass spectrometry (SIMS) data may be calibrated for certain dopant elements, provided suitable standards were available. Spreading resistance profiling (SRP) data is typically calibrated. Scanning microwave impedance microscopy (sMIM) provides spatial information on the dopant type; however, it is not quantitative. The accuracy of other methods is available on request.

**Statement of Scope Variation**

Due to the nature of reverse engineering and the diversity of analyzed devices, there is a possibility of content variation in TechInsights technical reports.

 All content © 2020. TechInsights Inc. All rights reserved.



# About TechInsights

For over 30 years TechInsights has been a trusted patent and technology partner to the world's largest and most successful companies including 37 of the top 50 U.S. patent holders. By revealing the innovation others can't inside the broadest range of advanced technology products, we prove patent value and enable business leaders to make the best, fact-based IP and technology investment decisions. Headquartered in Ottawa Canada, TechInsights' Patent and Technology Analysts deliver specialized products and services from global offices.

**Contact TechInsights**

To find out more information on this report, or any other reports in our library, please contact TechInsights at 1-613-599-6500.

**TechInsights**

1891 Robertson Road, Suite 500
Ottawa, Ontario  K2H 5B7
Canada
T  1-613-599-6500
F  1-613-599-6501
Website:    www.techinsights.com
Email:        info@techinsights.com

 All content © 2020. TechInsights Inc. All rights reserved.

