IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GREENTHREAD, LLC**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**ON SEMICONDUCTOR CORPORATION; SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC D/B/A ON SEMICONDUCTOR LLC**<br><br>　　　　Defendants. | C.A. No. 23-cv-443-RGA-LDH<br><br>JURY TRIAL DEMANDED |

## MOTION FOR LEAVE TO AMEND THE COMPLAINT

Plaintiff Greenthread, LLC ("Greenthread") moves for leave to amend its Second Amended Complaint against Defendants On Semiconductor Corporation and Semiconductor Components Industries, LLC (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 15(a). Greenthread's Opening Brief in Support of its Motion for Leave to Amend the Complaint sets forth the facts and legal precedent in support of this motion. A proposed order is attached. Pursuant to D. Del. L.R. 7.1.1, counsel for Plaintiffs made a reasonable effort to reach agreement with Defendants on the matters set forth in the motion. Counsel for Defendants advised that Defendants oppose Greenthread's motion for leave to file an amended complaint.

Dated: March 6, 2024

OF COUNSEL:

**McKool Smith, PC**
Alan L. Whitehurst
Nicholas T. Matich
Arvind Jairam
1999 K Street NW

Respectfully submitted,

FARNAN LLP

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Telecopier: 302-777-0301

1

Washington, DC 20006  
awhitehurst@mckoolsmith.com  
nmatich@mckoolsmith.com  
ajairam@mckoolsmith.com  

John B. Campbell  
303 Colorado Street, Suite 2100  
Austin, Texas 78701  
jcampbell@mckoolsmith.com  

Neil Ozarkar  
600 Travis Street, Suite 7000  
Houston, Texas 77002  
nozarkar@mckoolsmith.com  

Emily Tate  
One Manhattan West  
395 9th Avenue, 50th Floor  
New York, NY 10001  
etate@mckoolsmith.com  

bfarnan@farnanlaw.com  
mfarnan@farnanlaw.com  

*Attorneys for Plaintiff*