**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **GREENTHREAD, LLC** | |
| **Plaintiff,** | **C.A. No. 23-cv-443-RGA-LDH** |
| **vs.** | **JURY TRIAL DEMANDED** |
| **ON SEMICONDUCTOR CORPORATION; SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC D/B/A ON SEMICONDUCTOR LLC** | |
| **Defendants.** | |

**[PROPOSED] ORDER GRANTING GREENTHREAD'S**
**MOTION FOR LEAVE TO AMEND THE COMPLAINT**

For good cause shown, IT IS HEREBY ORDERED that Greenthread's Motion for Leave

to Amend is GRANTED, and Greenthread's Third Amended Complaint is ENTERED.


Date: _____

_____
The Honorable Richard G. Andrews
United States District Judge