**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to D. Del. L.R. 7.1.1, counsel for Plaintiffs made a reasonable effort to reach agreement with Defendants on the matters set forth in the motion. Counsel for Defendants advised that Defendants oppose Greenthread's motion for leave to file an amended complaint

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)